**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION
AND STATEMENT OF REASONS**

Case Name:    USA v Duane D. Hale

Case Number: 02-20039-001

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on ___8/4/05___.
                                                (Date)

Received by:

S/J. Newlin
_____
U.S. Probation Office